ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL D. NAMMAR
Chief, Criminal Division

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
E-mail: michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2019

at ___ o'clock and __ min. A_M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **CR19 00115 RT** |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. § 371] |
| MICHAEL BRITTAIN (01),<br>DANIEL ROSE (02),<br>LEE ANN MIYAMURA (03),<br>RUSSELL YAMANOHA (04), | |
| Defendants. | |

INFORMATION

The U.S. Attorney charges:

## Conspiracy
(18 U.S.C. § 371)

From a precise earlier date unknown, but by January 26, 2015, and

continuing through on or about January 30, 2015, in the District of Hawaii and

elsewhere, MICHAEL BRITTAIN, DANIEL ROSE, LEE ANN MIYAMURA,

and RUSSELL YAMANOHA, the defendants, did knowingly conspire with each

other, and with other persons both known and unknown to the U.S. Attorney, to

commit offenses against the United States, namely, to make and cause to be made

false entries in records required to be kept by a labor union, a violation of Title 29,

United States Code, Section 439(c).

## Manner and Means of the Conspiracy

The defendants were members or employees of the International

Brotherhood of Electrical Workers, Local 1260 ("Local 1260"), a labor

organization engaged in an industry affecting commerce within the meaning of

Title 29, United States Code, Sections 402(i) and 402(j).  Local 1260 was a

signatory to contracts with employers including utility companies, broadcast and

telecommunications companies, and construction companies.  Local 1260 was

divided into nine units located in the State of Hawaii and the Territory of Guam.

In January 2015, the defendants and others agreed to falsify the results of a

Local 1260 vote on a resolution to increase the dues of its members.  The

2

defendants traveled to Guam to attend a Unit 9 membership meeting, during which the Unit 9 members would vote on the resolution. The resolution proposed an increase to the dues for all Local 1260 members, including those in the State of Hawaii. The defendants met in a hotel conference room before the election and prepared fake ballots with "yes" votes, making it appear as if members had voted in favor of the resolution. They then worked together to replace the real ballots voted by the Unit 9 members with the fake ballots prepared by the defendants.

Defendants knew that the use of fake ballots would result, and did result, in a false tally indicating that the resolution had passed. Based on a counting of the fake ballots, the official tally sheet for the Unit 9 election recorded that the dues increase resolution had passed. The Unit 9 and Executive Board meeting minutes and the union's Bylaws reported that the resolution to increase the dues had passed. The meeting minutes and Bylaws falsely represented that the resolution had passed after an election had been conducted in a fair and impartial manner, based on the votes of members, whereas in fact and as the defendants knew, these entries were based upon an election that had been rigged.

## Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the conspirators committed various overt acts in the District of Hawaii and elsewhere, including the following:

1.      On or about January 26, 2015, MICHAEL BRITTAIN, DANIEL ROSE, LEE ANN MIYAMURA, RUSSELL YAMANOHA, and others flew from Honolulu to Guam.

2.      During the morning of January 29, 2015, MICHAEL BRITTAIN, DANIEL ROSE, LEE ANN MIYAMURA, RUSSELL YAMANOHA, and others met in a conference room at the Guam Hilton and prepared fake ballots.

3.      On January 29, 2015, MICHAEL BRITTAIN, LEE ANN MIYAMURA, RUSSELL YAMANOHA, and others traveled to the Local 1260 Unit 9 membership meeting in one vehicle.

4.      On January 29, 2015, DANIEL ROSE drove separately from the hotel to the membership meeting.

5.      On January 29, 2015, LEE ANN MIYAMURA and MICHAEL BRITTAIN helped check members in at the meeting.

6.      On January 29, 2015, while the Local 1260 Unit 9 membership was casting its ballots, DANIEL ROSE hid outside in a vehicle.

4

7.     On January 29, 2015, after the voting was closed, MICHAEL BRITTAIN went to the vehicle in which DANIEL ROSE was hiding, and handed ROSE an envelope containing the real ballots cast by Unit 9 members.

8.     On January 29, 2015, DANIEL ROSE gave MICHAEL BRITTAIN an envelope containing the fake ballots that the defendants and others had checked off that morning.

9.     On January 29, 2015, MICHAEL BRITTAIN replaced actual ballots with fake ballots.

9.     On January 29, 2015, DANIEL ROSE disposed of the real ballots voted by Unit 9 members in a park next to a Guamanian hotel.

10.     On January 30, 2015, MICHAEL BRITTAIN, DANIEL ROSE, LEE ANN MIYAMURA, RUSSELL YAMANOHA, and others flew from Guam to Honolulu.

//

//

//

//

//

//

All in violation of Title 18, United States Code, Section 371.

DATED: Honolulu, Hawaii, *August 23*, 2019.


KENJI M. PRICE
United States Attorney
District of Hawaii


MICHAEL D. NAMMAR
Chief, Criminal Division


MICHAEL F. ALBANESE
Assistant U.S. Attorney


United States v. Michael Brittain, et al.
Information
Cr. No.